NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DURAMED PHARMACEUTICALS, INC.,**
*Plaintiff-Appellant,*

v.

**WATSON LABORATORIES, INC.,**
*Defendant-Appellee.*

---

2011-1438

---

Appeal from the United States District Court for the District of Nevada in case no. 08-CV-0116, Judge Larry R. Hicks.

---

## ON MOTION

---

Before NEWMAN, *Circuit Judge.*

### ORDER

Duramed Pharmaceuticals, Inc. (Duramed) submits a motion for an injunction to prevent Watson Laboratories, Inc. (Watson) from launching a generic version of its patented drug, pending disposition of its appeal. Duramed also requests a temporary injunction, pending disposition of this motion.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Watson is directed to respond to the motion no later than July 1, 2011.

(2) Watson is temporarily enjoined from launching its generic, pending this court's receipt of the response and the court's consideration of the papers submitted.

FOR THE COURT

__JUN 1 7 2011__                    /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk

cc:  Vernon M. Winters, Esq.
     Cedric C.Y. Tan, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 7 2011

JAN HORBALY
CLERK